NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen E. Abraham, Esq. (SBN 172054)
stephen@abraham-lawoffices.com
Law Offices of Stephen Abraham
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

ATTORNEY(S) FOR: Defendant D & Z PROPERTIES, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HOANG MINH LE, an individual, Plaintiff(s), v. D & Z PROPERTIES, LLC, a limited liability company, Defendant(s) | CASE NUMBER: 5:25-cv-02736-JGB-AJR |
|---|---|
| | **AMENDED** CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant D & Z PROPERTIES, LLC___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant D & Z PROPERTIES, LLC | No parent or sibling entities |
| Julia and David Properties | Interested party - landowner, identified as indispensable party |

December 12, 2025
Date

/s/ Stephen E. Abraham
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant D & Z PROPERTIES, LLC

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**