ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  HOANG MINH LE

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG MINH LE, an individual | Case No.: 5:25-cv-02736-JGB-AJR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| D & Z PROPERTIES, LLC, a limited liability company | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff  HOANG MINH LE  ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant D & Z PROPERTIES, LLC, a limited liability company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: February 19, 2026

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

HOANG MINH LE